UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Hib_3011-1 (1/11)

| Debtor: Hwa Hong & Soon Gwan Kim | Case No.:12-01423 |
|---|---|
| Joint Debtor:<br>*(if any)* | Chapter 13 |

## APPROVAL OF APPLICATION FOR UNCLAIMED FUNDS

Name of Claimant: Dilks & Knopik, LLC as assignee to LHR, Inc.

| Applicant's Name and Address:<br>(check will be sent to this address) | Dilks & Knopik, LLC<br>35308 SE Center St<br>Snoqualmie, WA 98065-9216 |
|---|---|

## VERIFICATION OF FUNDS ON DEPOSIT

The Court's financial records indicate that funds in the
following amount are being held for the claimant named above:   $ 550.61

JUL - 6 2018
Date

_____
Deputy Clerk

## STATEMENT BY UNITED STATES ATTORNEY

The undersigned is authorized to make this statement on behalf of the United States
Attorney for the District of Hawaii. The United States Attorney has no objection to the
payment of unclaimed funds to the applicant named above.

APR 3 0 2018
Date

_____
for the United States Attorney

Edric M. Ching
Ass't U.S. Attorney
Name and Title

## ORDER APPROVING APPLICATION FOR UNCLAIMED FUNDS

For good cause,
IT IS HEREBY ORDERED that the application for unclaimed funds is APPROVED. The
clerk may disburse the above amount of funds to the applicant named above.

JUL 09 2018
Date

_____
United States Bankruptcy Judge